AO 442 (Rev. 11/11) Arrest Warrant

FIO: 11847918

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No.  1:25-MJ-473 |
| DYLAN MATTHEW SLOAN, | ) | |
|  | ) | Case: 1:25-mj-00264 |
|  | ) | Assigned To: Judge Harvey, G. Michael |
|  | ) | Assign. Date: 11/12/2025 |
| *Defendant* | ) | Description: RULE 5 ARREST WARRANT |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **DYLAN MATTHEW SLOAN**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

32 C.F.R. § 234.6   Interfering with Agency Functions
32 C.F.R. § 234.10  Possession of a Weapon

Date: August 15, 2025

*William C. Fitzpatrick*
*Issuing officer's signature*

City and state:   Alexandria, VA

Hon. William E. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/12/2025, and the person was arrested on *(date)* 11/12/2025
at *(city and state)* Washington D.C.

Date: 11/12/2025

*Arresting officer's signature*

K. McBride, DUSM
*Printed name and title*