# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>DYLAN MATTHEW SLOAN,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:25-MJ-473<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 22, 2025__ in the city/county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 32 C.F.R. § 234.6 | Interfering with Agency Functions |
| 32 C.F.R. § 234.10 | Possession of a Weapon |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA April Russo / SAUSA Madison Mumma
*Printed name and title*

*Complainant's signature*

Special Agent Frank Carissimo; Pentagon Force Protection Agency
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: August 14, 2025

*William E. Fitzpatrick*
*Judge's signature*

City and state: Alexandria, Virginia

Honorable William E. Fitzpatrick; Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:25-MJ-473 |
| DYLAN MATTHEW SLOAN, ) | |
| ) | |
| *Defendant*. ) | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Frank Carissimo, of the Pentagon Force Protection Agency (PFPA), being first duly sworn, state the following:

1. I am a Special Agent with the Pentagon Force Protection Agency. I am currently assigned to the Investigation and Intelligence Division, more specifically the Threat Management Unit ("TMU"). I hold a Bachelor of Arts degrees in History, Political Science, and Studies in War and Peace from Norwich University. I have successfully completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center. I have been trained in the preparation, presentation, and service of criminal complaints, arrest warrants, and search warrants involving offenses against the United States. I have been employed as a law enforcement officer in various capacities since 2024.

2. This affidavit is submitted in support of a criminal complaint following the arrest of **Dylan Matthew Sloan** ("SLOAN"), with interfering with agency functions and possession of a weapon, at the Pentagon, in violation of 32 C.F.R. §§ 234.6 and 234.10, which prohibits threatening, resisting, intimidating, or intentionally interfering with a government employee or agent engaged in an official duty or on account of the performance of an official duty, and the possession of a weapon.

3. The facts and information contained in this affidavit are based upon my personal knowledge and observations during the course of this investigation, information conveyed to me by other individuals, including law enforcement officers, and my review of records, documents, and other

1

physical evidence obtained during the investigation. This affidavit contains information necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the government.

4.  At approximately 10:30 p.m. on July 22, 2025, SLOAN approached the Corridor 3 pedestrian bridge guard booth at the Pentagon[1] while holding a black briefcase in his left hand and a nine-inch chef's knife in his right. Passing by employees who were exiting the Pentagon via a turnstile, SLOAN tried to go through the turnstile to enter the Pentagon. When the turnstile did not open for him, he approached the guard booth. Standing approximately one foot away from the window of the guard booth, he pointed the knife at a Pentagon Police Department ("PPD") officer who was in uniform and standing inside the booth performing his official duties, including those of keeping the Pentagon secure and its occupants safe. SLOAN then gestured with the knife in his hand the officer to open the turnstile for him. The officer proceeded to lock the booth down and advised other officers via radio that there was an individual with a knife at Corridor 3. A lockdown at the Pentagon was then instituted, and the pedestrian bridge was evacuated. Additional officers quickly arrived on scene to assist and arrest SLOAN. SLOAN was identified as Dylan Matthew SLOAN by his Maryland identification card.

5.  On the morning of July 23, 2025, a PFPA Special Agent conducted a voluntary interview of SLOAN at the Pentagon Support Operations Center. During the interview, SLOAN explained that he had been receiving messages to his brain via "V2K Technology," which he described as signals sent from one brain to another brain via radio towers that allow the receiver to hear and see audio and visual messages. SLOAN stated that a few days before, he had received messages from Defense Secretary Pete Hegseth and President Donald Trump. He described his frustration with politicians generally and said he intended to cut his own throat in front of the Pentagon with the chef

---

[1] The Pentagon is within the Eastern District of Virginia and the special and territorial jurisdiction of the United States. *See* 10 U.S.C. § 2674(f)(3).

knife found in his possession.

6.	SLOAN stated that he had traveled to the Pentagon from Hyattsville, Maryland, stopping at a bar in Washington, D.C. along the way. While in Hyattsville, he said he travelled to a park near the University of Maryland to find and molest a five to seven-year-old child. SLOAN did not have a particular child in mind. He said he wanted to molest a younger female because he was tired of older women. When asked what he meant by molest, SLOAN stated he wanted to touch children's breasts and vaginas. SLOAN stated he has never molested a child before and that the incident in Hyattsville was his first attempt.

7.	Based on the foregoing, I submit there is probable cause to believe that on July 22, 2025, within the Eastern District of Virginia, SLOAN interfered with agency functions and possessed a weapon on the Pentagon Reservation, in violation of 32 C.F.R. §§ 234.6 and 234.10.

Special Agent Frank Carissimo
Pentagon Force Protection Agency

Subscribed and sworn to before
me this the 14th day of August
2025.

Honorable William E. Fitzpatrick
United States Magistrate Judge
Alexandria, Virginia

3